UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CIT BANK, N.A., f/k/a, ONE WEST
BANK, N.A.,                                            **ORDER ADOPTING REPORT**
                                                                      **AND RECOMMENDATION**
                                 Plaintiff,                      14-CV-3238 (DRH)(GRB)

-against-

FRITZ OBAS, NADEGE GEORGES, &
LEANORD DELASKY,

                                Defendants.
---------------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge Gary R. Brown, dated February 27, 2018, recommending that defendant Nadege Georges' renewed motion to vacate the default judgment be denied. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the February 27, 2018 Report and Recommendation of Judge Brown as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that defendant Nadege Georges' renewed motion to vacate the default judgment is denied.

Dated: Central Islip, New York
        March 14, 2018                                                         /s/ Denis R. Hurley
                                                                             Denis R. Hurley
                                                                             United States District Judge